PHILIP R. SELLINGER
United States Attorney
FRANCES C. BAJADA
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
frances.bajada@usdoj.gov
973-297-2038

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| VENKATA VASIREDDY, *et al.*, *Plaintiffs,* v. UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, an agency of the United States government, *Defendant.* | HON. KEVIN MCNULTY <br><br> Civil Action No. 23-407 (KM) <br><br> **NOTICE OF APPEARANCE** |

    This is to notice the appearance of Philip R. Sellinger, United States Attorney, District of New Jersey, by Frances C. Bajada, Assistant United States Attorney, as attorney of record for the Defendant in the above-captioned case.

    Service of all notices in this case should be made upon:

> Frances C. Bajada
> Assistant United States Attorney
> United States Attorney's Office
> 970 Broad Street, Suite 700
> Newark, New Jersey 07102

PHILIP R. SELLINGER<br>
United States Attorney<br><br>
By:    <u>s/Frances C. Bajada</u><br>
Frances C. Bajada<br>
Assistant United States Attorney

Dated: Newark, New Jersey
        March 30, 2023

## CERTIFICATE OF SERVICE

I electronically filed the foregoing Notice of Appearance with the Clerk of Court by using the CM/ECF System, which will provide electronic notice and an electronic link to the document to the attorney(s) of record.

|  |  |
|---|---|
| Dated:  Newark, New Jersey<br>           March 30, 2023 | By:  *s/Frances C. Bajada*<br>       Frances C. Bajada<br>       Assistant United States Attorney |