

U.S. Department of Justice

United States Attorney
District of New Jersey
*Civil Division*

---

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

*Frances C. Bajada*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
frances.bajada@usdoj.gov

main: *(973) 645-2700*
direct:*(973) 297-2038*

June 2, 2023

**ECF**

Honorable Kevin McNulty
United States District Judge
Martin Luther King, Jr. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**\*\*\* ORDER \*\*\***

Re: *Vasireddy v. U.S. Citizenship and Immigration Services*
    Civil Action No. 23-407 (KM)

Dear Judge McNulty:

I write on behalf of Defendant in the above immigration action to respectfully request an extension of Defendant's deadline to respond to the Amended Complaint to September 21, 2023. Michael E. Piston, Esq., counsel for Plaintiff, consents to the September 21, 2023 extension.

During the extension, Defendant will endeavor to moot the action by adjudication of the relevant immigration application by the United States Citizenship and Immigration Services.

I thank the Court for its consideration of this request.

**IT IS SO ORDERED.**

**s/ Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 6/5/2023**

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

By: *s/Frances C. Bajada*
     FRANCES C. BAJADA
     Assistant United States Attorney

cc: Counsel of record (ECF)