

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

*Frances C. Bajada*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
frances.bajada@usdoj.gov

main: (973) 645-2700
direct:(973) 297-2038

August 29, 2023

**ECF**

Honorable Kevin McNulty
United States District Judge
Martin Luther King, Jr. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**\*\*\* ORDER \*\*\***

Re:   *Vasireddy v. U.S. Citizenship and Immigration Services*
       Civil Action No. 23-407 (KM)

Dear Judge McNulty:

I write on behalf of Defendant in the above immigration action to respectfully request a further 60-day extension of Defendant's deadline to respond to the First Amended Complaint to November 20, 2023. Michael E. Piston, Esq., counsel for Plaintiff, consents to the November 20, 2023 extension.

During the extension, Defendant will endeavor to moot the action by adjudication of the relevant immigration application by the United States Citizenship and Immigration Services.

I thank the Court for its consideration of this request.

**IT IS SO ORDERED.**

**s/ Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 8/30/2023**

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

By:   *s/Frances C. Bajada*
       FRANCES C. BAJADA
       Assistant United States Attorney

cc:   Counsel of record (ECF)