Michael E. Piston
Attorney for the Plaintiff
38-08 Union Street, Ste 9A
Flushing, NY 11354
646-876-3772
Michaelpiston4@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| VENKATA VASIREDDY and VASUNDHARA YALAMANCHILI<br><br>Plaintiff,<br><br>vs<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, an agency of the United States government<br><br>Defendant | Case No.: 2:23-cv-00407<br><br>NOTICE OF VOLUNTARY DISMISSAL |
|---|---|

TAKE NOTICE:

This action is dismissed by the Plaintiff in its entirety.

The dismissal is made pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: November 8, 2023

*/s/ Michael E. Piston*
Michael E. Piston
Attorney for the Plaintiff
38-08 Union Street, Ste 9A
Flushing, NY 11354
646-876-3772
Michaelpiston4@gmail.com

1